SOCIETE ANONYME DE MERBLES LE CHATEAU, Respondent, v. DAVIDSON SONS MARBLE CO., Appellant. (Superior Court of New York City, General Term. May 6, 1895.) Action by Société Anonyme de Mer-

bles le Chateau against Davidson Sons Marble Company. Edward C. O'Brien, for appellant. Omar Powell, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements to be taxed.